IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C.R. BARD INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 96-589-SLR |
| | ) |
| MEDTRONIC INC., | ) |
| | ) |
| Defendant. | ) |

**RETURN OF TRIAL EXHIBITS**

The Clerk of Court hereby returns plaintiff's trial exhibits, as listed on the attached Exhibit and Witness List, to counsel or his representative.

**Receipt of the exhibits is acknowledged by:**

_____
For Jack Blumenfeld, Esq.

of Morris, Nichols, Arsht, & Tunnell LLP

Date:

Returned by: _____, Deputy Clerk