IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C.R. BARD INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 96-589-SLR |
| | ) |
| MEDTRONIC INC., | ) |
| | ) |
| Defendant. | ) |

**RETURN OF TRIAL EXHIBITS**

The Clerk of Court hereby returns defendant's trial exhibits, as listed on the attached Exhibit and Witness List, to counsel or his representative.

**Receipt of the exhibits is acknowledged by:**

_____
For William Marsden, Jr., Esq.

of Fish & Richardson, P.C.

Date:

Returned by: _____, Deputy Clerk

Scanned-